RALPH J. MARRA, JR.
Acting United States Attorney
SUSAN J. STEELE
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2920
Fax. 973-645-3210
email: SUSAN.STEELE@usdoj.gov
SJS7042
(FLU:PM)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**EDWIN RODIGUEZ,**<br><br>*Defendant.* | HON. JOHN C. LIFLAND<br><br>*Criminal No.* 05-525 ( D ℓD )<br><br>**ORDER FOR<br>REMISSION OF FINE** |

This matter having been opened to the Court by Ralph J. Marra, Jr., Acting United States

Attorney for the District of New Jersey (Susan J. Steele, Assistant U.S. Attorney, appearing), and

the Court having considered the Petition for Remission of Fine, and for good cause shown,

IT IS on this _____20th_____ day of _Auqust_, 2009,

ORDERED, that the balance of the fine imposed on November 18, 2005, in the amount

of $100.00 is hereby remitted.

_____

~~JOHN C. LIFL~~AND
UNITED STATES DISTRICT JUDGE